# Silberstein et al., Appellants, *v.* Showell, Fryer & Co. (No. 2).

Argued January 8, 1920. Appeal, No. 56, Jan. T., 1920, by plaintiff, Matilda Silberstein, from judgment of C. P. No. 4, Phila. Co., Dec. T., 1917, No. 1807, on verdict for defendant, in case of Matilda Silberstein by her father and next friend, Adolph Silberstein, and Adolph Silberstein, in his own right, v. Showell, Fryer & Co., Inc.

Before MOSCHZISKER, FRAZER, WALLING, SIMPSON and KEPHART, JJ. Reversed.

OPINION BY MR. JUSTICE KEPHART, March 22, 1920:

For the reasons given in the opinion this day filed in the case of Silberstein v. Showell, Fryer & Company, No. 55, January Term, 1920, the judgment of the court below is reversed and a venire facias de novo awarded.